MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| ALEJANDRO HERNANDEZ DIARTE, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for a status conference on May 7, 2025.

2. By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea hearing on March 10, 2025.  Time has already been excluded through May 7, 2025.

3. The parties anticipate filing the signed plea agreement within two weeks.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: February 11, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: February 11, 2025 | /s/ DOUGLAS C. FOSTER<br>DOUGLAS C. FOSTER<br>Counsel for Defendant<br>ALEJANDRO HERNANDEZ DIARTE |

**ORDER**

The stipulation to vacate the status conference is DENIED.

Any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that: (1) a Plea Agreement has been filed; or (2) include a representation by counsel that counsel has discussed the matter with the defendant who has confirmed that he or she is prepared to enter a change of plea without an agreement.

IT IS SO ORDERED.

Dated: __**February 11, 2025**__         /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE

2