MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
JUSTIN GILIO
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| ALEJANDRO HERNANDEZ DIARTE, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for a status conference on May 7, 2025.

2. By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea hearing on March 10, 2025. Time has already been excluded through May 7, 2025.

3. Defense counsel has confirmed that the defendant is prepared to enter a change of plea and anticipates filing the signed plea agreement within two weeks.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: February 11, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: February 11, 2025 | /s/ DOUGLAS C. FOSTER<br>DOUGLAS C. FOSTER<br>Counsel for Defendant<br>ALEJANDRO HERNANDEZ DIARTE |

**ORDER**

The stipulation to vacate the status conference is DENIED.

Pursuant to the Minute Order filed January 15, 2025 (doc. 458), any stipulation to set the matter for a change of plea hearing before Judge Thurston must state that: (1) a Plea Agreement has been filed; or (2) include a representation by counsel that counsel has discussed the matter with the defendant who has confirmed that he or she is prepared to enter a change of plea without an agreement.

IT IS SO ORDERED.

Dated:  **February 12, 2025**            /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE

2