1  MICHELE BECKWITH
   Acting United States Attorney
2  ANTONIO J. PATACA
   JUSTIN GILIO
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,              CASE NO.  1:24-CR-00055-JLT-SKO
12
                       Plaintiff,         STIPULATION TO VACATE TRIAL AND SET
13                                         CHANGE OF PLEA HEARING

           v.
14
   ALEJANDRO HERNANDEZ DIARE,
15                        Defendant.

16

17

18                            **STIPULATION**

19      1.      By previous order, this matter was set for trial on February 3, 2026.

20      2.      By this stipulation, defendant now moves to vacate the trial as to him only and set a

21  change of plea hearing on July 14, 2025.  Time has already been excluded through February 3, 2026.

22      3.      The signed plea agreement was filed on May 22, 2025.

23      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

24  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

25  must commence.

26      IT IS SO STIPULATED.

27

28

                                 1

Dated:  May 22, 2025

MICHELE BECKWITH
Acting United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  May 22, 2025

/s/ DOUGLAS C. FOSTER
DOUGLAS C. FOSTER
Counsel for Defendant
ALEJANDRO HERNANDEZ
DIARTE


**ORDER**

IT IS SO ORDERED.

Dated:    **May 22, 2025**

UNITED STATES DISTRICT JUDGE

2