DOUGLAS C. FOSTER, CA #205674
Law Offices of Douglas C. Foster
139 W. El Portal Dr.; Suite D
Merced, CA 95348
Telephone: (209) 691-7280
Fax: (209) 691-7290

Attorney for Defendant
ALEJANDRO HERNANDEZ-DIARTE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ALEJANDRO HERNANDEZ-DIARTE,<br>Defendant. | Case No. 1:24-CR-00055<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DOUGLAS C. FOSTER AS ATTORNEY OF RECORD AND ORDER** |

On March 21, 2024, Defendant Alejandro Hernandez-Diearte was indicted on federal charges. CJA Panel Attorney Douglas C. Foster was appointed as trial counsel to represent Mr. Hernandez-Diarte in his criminal case on May 2, 2024. Mr. Hernandez-Diarte was sentenced pursuant to a plea agreement on November 10, 2025. The time for filing a direct appeal ran on November 24, 2025. No direct appeal was filed. Mr. Hernandez-Diarte was in custody at sentencing. The trial phase of Mr. Hernandez-Diarte's criminal case has, therefore, come to an end. Having completed his representation of Mr. Hernandez-Diarte, CJA attorney Douglas C. Foster now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Hernandez-Diarte require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or

(855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: 11/24/2025

Respectfully submitted,

Douglas C. Foster

Douglas C. Foster,
Attorney for Defendant
Alejandro Hernandez-Diarte

**ORDER**

Having reviewed the notice and found that attorney Douglas C. Foster has completed the services for which he was appointed, the Court hereby grants attorney Foster's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Hernandez-Diarte at the following address and to update the docket to reflect Defendant's pro se status and contact information.

ALEJANDRO
HERNANDEZ
DIARTE
USM 03823-511
3901 KLEIN BLVD
LOMPOC, CA
93436

**IT IS SO ORDERED**

Dated: October 15, 2026

UNITED STATES DISTRICT JUDGE